1 | Robert Green, 136183
2 | (415) 477-6700
  | Green & Noblin, P.C.
3 | 2200 Larkspur Landing Circle, Suite 101
  | Larkspur, CA 94939
4 | Representing: Plaintiff          File No. CONT-1399

United States District Court, Northern District of California

Northern District of California - District - San Francisco

OREN AVIV

      Plaintiff/Petitioner

      vs.

PIOTR SZULCZEWSKI, et al.

      Defendant/Respondent

Case No. 3:21-cv-09047-TSH

Proof of Service of:
SUMMONS, COMPLAINT, CIVIL COVER SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON, DISCOVERY STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON, STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON

Service on:
CONTEXTLOGIC, INC., d.b.a. WISH

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

OL#17281969

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Robert Green, 136183<br>Green & Noblin, P.C.<br>2200 Larkspur Landing Circle, Suite 101<br>Larkspur, CA 94939 | (415) 477-6700 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>CONT-1399 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
OREN AVIV

DEFENDANT:
PIOTR SZULCZEWSKI, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:21-cv-09047-TSH |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
SUMMONS, COMPLAINT, CIVIL COVER SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON, DISCOVERY STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON, STANDING ORDER FOR MAGISTRATE JUDGE THOMAS S. HIXSON

2. Party Served: CONTEXTLOGIC, INC., d.b.a. WISH

3. Person Served: CSC - Koy Saechao - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 11/29/2021    1:40PM

5. Address, City and State: 2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Sacramento
Registration No.: 2006-06
Tyler Anthony DiMaria
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/29/2021 at Petaluma, California.

Signature: _____
Tyler Anthony DiMaria

OL# 17281969