1  BRIAN M. LUTZ, SBN 255976
     blutz@gibsondunn.com
2  MICHAEL J. KAHN, SBN 303289
     mjkahn@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
4  San Francisco, CA 94105-0921
   Telephone: 415.393.8200
5  Facsimile:  415.393.8306

6  Attorneys for Defendants
   PIOTR SZULCZEWSKI, JULIE BRADLEY, ARI
7  EMANUEL, JOE LONSDALE, TANZEEN SYED,
   STEPHANIE TILENIUS, HANS TUNG, and
8  JACQUELINE RESES, and Nominal Defendant
   CONTEXTLOGIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OREN AVIV, derivatively on behalf of CONTEXTLOGIC, INC., d.b.a. WISH,<br><br>Plaintiff,<br><br>v.<br><br>PRIOR SZULCZEWSKI, JULIE BRADLEY, ARI EMANUEL, JOE LONSDALE, TANZEEN SYED, STEPHANIE TILENIUS, HANS TUNG, and JACQUELINE RESES,<br><br>Defendants,<br><br>and<br><br>CONTEXTLOGIC, INC., d.b.a. WISH,<br><br>Nominal Defendant. | CASE NO. 3:21-cv-09047-VC<br><br>**NOTICE OF PENDING STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING** |

Defendants write to notify the Court of a pending stipulation and proposed order regarding a schedule for briefing Defendants' motion to dismiss. On December 8, 2021, the parties filed a Stipulation and [Proposed] Order Regarding Service and Scheduling (Dkt. 13), which was not entered prior to the reassignment of this action to this Court. In light of the reassignment, Defendants notice the Court of the pending stipulation, and respectfully request that the Court enter it.

Dated: December 27, 2021                          GIBSON, DUNN & CRUTCHER LLP


By:   /s/ Brian M. Lutz
      Brian M. Lutz
      Michael J. Kahn
      555 Mission Street, Suite 3000
      San Francisco, CA 94105-0921
      Phone: 415.393.8379
      Email: blutz@gibsondunn.com
      Email: mjkahn@gibsondunn.com

Attorneys for Defendants
PIOTR SZULCZEWSKI, JULIE BRADLEY, ARI EMANUEL, JOE LONSDALE, TANZEEN SYED, STEPHANIE TILENIUS, HANS TUNG, and JACQUELINE RESES, and Nominal Defendant CONTEXTLOGIC, INC.