UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OREN AVIV, derivatively on behalf of CONTEXTLOGIC, INC., d.b.a. WISH,<br><br>Plaintiff,<br><br>v.<br><br>PIOTR SZULCZEWSKI, JULIE BRADLEY, ARI EMANUEL, JOE LONSDALE, TANZEEN SYED, STEPHANIE TILENIUS, HANS TUNG, and JACQUELINE RESES,<br><br>Defendants,<br><br>and<br><br>CONTEXTLOGIC, INC., d.b.a. WISH,<br><br>Nominal Defendant. | CASE NO. 3:21-cv-09047-VC<br><br>[PROPOSED] **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Hon. Vince Chhabria |

On May 4, 2022, this Court dismissed Plaintiff Oren Aviv's Verified Shareholder Derivative Complaint for failure to plead demand futility, and ordered that "any amended complaint shall be filed within 21 days of the date of this order [May 25, 2022]. If Aviv fails to file an amended complaint by that date, dismissal will be with prejudice." Dkt. 29 at 2. Plaintiff failed to file an amended complaint by May 25, 2022.

Therefore, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** for failure to plead demand futility.

**IT IS SO ORDERED.**

DATED: June 3, 2022

The Honorable Vince Chhabria
United States District Judge